## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUDY LANE                                                                    PLAINTIFF


V.                                        NO. 3:10CV00195 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                      DEFENDANT


### JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 9th day of September, 2011.


_____
UNITED STATES MAGISTRATE JUDGE